# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

JOHN MITCHELL GANTLEY                                                            PLAINTIFF

v.                                                  CIVIL ACTION NO. 5:08-CV-P131-R

LaDONNA H. THOMPSON et al.                                        DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Plaintiff John Mitchell Gantley has filed a motion for the Court to dismiss his case with prejudice (DN 30). The Court by prior Order (DN 7) has explained to Plaintiff that even dismissal of his lawsuit will not relieve him of his responsibility to pay the full amount of the requisite $350.00 filing fee in this action. *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997). That Order explained to Plaintiff that if he still wished to dismiss his lawsuit despite the fact that he remains obligated to pay the $350.00 filing fee he must file another motion, which he has now done (DN 30).

Defendants have responded that they do not object to such a dismissal (DN 31). Wherefore, **IT IS ORDERED** that Plaintiff's motion to dismiss the instant action (DN 30) is **GRANTED**. The instant action will be dismissed by separate Order.

Date:


cc:       Plaintiff, *pro se*
            Counsel of record
4413.009